UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAINE DEPARTMENT OF )<br>CORRECTIONS, et al., )<br>)<br>Defendant. ) | 2:13-cv-00476-JAW |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed on June 27, 2014 (ECF No. 16), the Recommended Decision is accepted.

Accordingly, the Court GRANTS the Motion for Summary Judgment (ECF No. 8) as to Mr. Jones' claims under federal law and DISMISSES WITHOUT PREJUDICE Mr. Jones' remaining Maine state law claims.

SO ORDERED.

    /s/ John A. Woodcock, Jr.
    JOHN A. WOODCOCK, JR.
    CHIEF UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2014